STATE OF NEW JERSEY v. EARL STANFORD BENNETT.

October 1, 1974. Petition for certification denied.

COUNTY OF OCEAN v. HENRY F. STOCKHOLD.

October 1, 1974. Petition for certification granted. (See 129 *N. J. Super.* 286)

STATE OF NEW JERSEY v. GEORGE DE LORENZO.

October 1, 1974. Petition for certification denied.

CHARLES JOHNSON v. NATIONAL TOOL MFGS. CO.

October 1, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. DAVID R. GORDY.

October 1, 1974. Petition for certification denied.

.RAMON E. ORTIZ v. RONALD M. HEYMANN.

October 1, 1974. Petition for certification denied.